# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 25, 2022

Mr. Kenneth Bennett Chapie
Giarmarco, Mullins & Horton
101 W. Big Beaver Road
Suite 1000
Troy, MI 48084

Ms. Jennifer B. Salvatore
Salvatore Prescott & Porter
105 E. Main Street
Northville, MI 54650

Re:  Case No. 22-1555, *Jane Doe v. Plymouth-Canton Community Schools, et al*
Originating Case No. : 5:19-cv-10166

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc:  Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 22-1555

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

JANE DOE, a minor, by her next friend and parent, E.L.

      Plaintiff - Appellant

v.

PLYMOUTH-CANTON COMMUNITY SCHOOLS; ANGEL LETT; MONTYNE BARBEE; ELIZABETH MOSHER; HAL HEARD

      Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

Motion for Voluntary Dismissal filed by the Appellant,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules

of Appellate Procedure.

                             **ENTERED PURSUANT TO RULE 33,**
                             **RULES OF THE SIXTH CIRCUIT**
                             Deborah S. Hunt, Clerk

Issued: August 25, 2022